ON REMAND FROM THE UNITED STATES SUPREME COURT
On May 16, 1988, the United States Supreme Court granted Alonzo Houston's petition for writ of certiorari and ordered that our affirmance of Houston's conviction be vacated and that the cause be remanded to this court for "further consideration in light of the position presently asserted by the Attorney General of Alabama in his motion filed April 14, 1988." ___ U.S. ___, 108 S.Ct. 1724, 100 L.Ed.2d 189. In his motion, the Attorney General requests that this cause be remanded for reconsideration in light of Ex parte Branch, 526 So.2d 609, modified on reh'g (Ala. 1987).
Accordingly, our judgment of December 30, 1986, is vacated, and this cause is remanded for reconsideration in light ofEx parte Branch. Upon remand, the trial court is instructed to make findings of fact and conclusions of law, and to make a return to this court.
JUDGMENT VACATED; REMANDED WITH INSTRUCTIONS.
All Judges concur.